ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Teledyne Scientific & Imaging, LLC | )   ASBCA Nos. 62208-ADR, 62715-ADR |
| | ) |
| Under Contract No. FA8902-06-C-1002 | ) |

APPEARANCES FOR THE APPELLANT:   Nicole J. Owren-Wiest, Esq.
  Erin N. Rankin, Esq.
  Alexandra Barbee-Garret, Esq.
  Skye Mathieson, Esq.
   Crowell & Moring
   Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Arthur M. Taylor, Esq.
   DCMA Chief Trial Attorney
  Peter M. Casey, Esq.
  Debra E. Berg, Esq.
   Trial Attorneys
   Defense Contract Management Agency
   Hanscom AFB, MA

ORDER OF DISMISSAL

Following a successful mediation by the Board in which the appeals were settled, the parties on November 23, 2021, jointly moved to dismiss these appeals with prejudice. The motion is granted.

Dated: November 24, 2021

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62208-ADR, 62715-ADR, Appeals of Teledyne Scientific & Imaging, LLC, rendered in conformance with the Board's Charter.

Dated: November 24, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals